1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
           **WESTERN DISTRICT OF WASHINGTON AT TACOMA**
9
10  SCOTT FLETCHER                          )
                          Plaintiff,       )    **IN ADMIRALTY**
11        v.                                )
                                           )
12  *F/V ALMA JAYNE,* O.N. 959096, HER      )    No.  07-CV-5429 FDB
    ENGINES, MACHINERY,                     )
13  APPURTENANCES, ETC., *IN REM;*          )    ORDER FOR LEAVE TO AMEND
                                           )    VERIFIED COMPLAINT
14  and                                     )
                                           )
15  AARON J. BROCKHOFF AND JANE             )
    DOE BROCKHOFF, *IN PERSONAM,*           )
16                                          )
                          Defendants.       )
17                                          )
                                           )
18  ─────────────────────────────────      )
19
20          Plaintiff has moved this Court for leave to amend his Verified Complaint herein to

21  name Kenneth and Bernice Christensen as defendants herein consistent with their ownership

22  of the F/V ALMA JAYNE, a fishing vessel on which Plaintiff alleges he was injured.

23  Plaintiff's motion is supported by the Declaration of Robert Deveraux and the Declaration of

24  Steven V. Gibbons and the records and files herein.

25
26

GIBBONS & ASSOCIATES, P.S.
1420 Fifth Ave. Suite 2200, Seattle, WA 98101
206/381-3340   Fax 206/381-3341

MOTION FOR ENTRY OF ORDER COMPELLING DEFENDANTS TO PERFORM

The Court has considered Plaintiff's motion and the opposition thereto, if any, and finds that the in the interest of justice, the amendment should be allowed. Accordingly, it is hereby

ORDERED that Plaintiff may file his First Amended Verified Complaint herein in the form proposed by Plaintiff.

Done this 24th day of November, 2008

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

GIBBONS & ASSOCIATES, P.S.
1420 Fifth Ave. Suite 2200, Seattle, WA 98101
206/381-3340   Fax 206/381-3341

MOTION FOR ENTRY OF ORDER COMPELLING DEFENDANTS TO PERFORM