THE HONORABLE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SCOTT FLETCHER<br>                      Plaintiff,<br>  v.<br><br>*F/V ALMA JAYNE,* O.N. 959096, HER ENGINES, MACHINERY, APPURTENANCES, ETC., *IN REM;*<br><br>and<br><br>AARON J. BROCKHOFF; KENNETH CHRISTENSEN AND BERNICE CHRISTENSEN, *IN PERSONAM,*<br>                      Defendants. | **IN ADMIRALTY**<br><br>No. 07-cv-5429 FDB<br><br>STIPULATION AND ORDER FOR TRIAL CONTINUANCE |

## STIPULATION

The parties hereto, by and through their counsel of record herein, stipulate to a trial continuance in this matter for the reason that Plaintiff, a Jones Act Seaman injured while working on the deck of a Washington Coast Dungeness Crab vessel, is still receiving treatment for injuries he alleges he received on the defendant vessel, the F/V ALMA JAYNE.

The parties expect that Plaintiff's condition will become stable within the next 45 days under the treatment of Dr. Stephen Fuhs, which will allow a proper evaluation of his damages claim. Once Plaintiff's medical condition is stable, the parties will proceed to mediation promptly. The parties jointly request that trial be postponed for approximately 60 days, or as soon thereafter as this Court's schedule will allow.

DATED this _____ day of January, 2008.

HOLMES WEDDLE & BARCOTT

By: _____
Michael H. Williamson WSBA # 4158
Attorneys for Defendants

GIBBONS & ASSOCIATES, P.S.

By_____
Attorneys for Plaintiff

## ORDER

The parties hereto have stipulated to postponement of the trial herein based upon the joint representation that Plaintiff is still receiving treatment from injuries he alleges he suffered while employed as a deckhand on the F/V ALMA JAYNE. Based upon the parties' representation and in light of the fact that mediation has not yet occurred in this case as required by Local Rule 39.1, it is hereby

ORDERED that the trial of this matter be postponed until the 27th day of April, 2009 at 9:00 AM. Plaintiff shall supplement his discovery responses with regard to his medical condition and claim of damages and medical opinions no later than February 20, 2009. Defendants may supplement their medical expert opinions no later than March 6, 2009. The parties shall participate in mediation no later than March 11, 2009. Motions *in limine*, the proposed pre-trial order and proposed findings of fact and conclusions of law shall be filed no later than March 13, 2009. The pre-trial conference herein shall be held March 27th, 2009 at 2:00 PM.

MOTION FOR ENTRY OF ORDER COMPELLING DEFENDANTS TO PERFORM

Dated this 16th day of January, 2009.

By s/Pat LeFrois as directed by
The Honorable Franklin D. Burgess
United States District Court Judge