## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SCOTT FLETCHER<br>                    Plaintiff,<br>    v.<br><br>*F/V ALMA JAYNE,* O.N. 959096, HER<br>ENGINES, MACHINERY,<br>APPURTENANCES, ETC., *IN REM;*<br><br>and<br><br>AARON J. BROCKHOFF; KENNETH<br>CHRISTENSEN AND BERNICE<br>CHRISTENSEN, *IN PERSONAM,*<br><br>                    Defendants. | **IN ADMIRALTY**<br><br>No. 07-cv-5429 FDB<br><br>STIPULATION AND ORDER FOR<br>TRIAL CONTINUANCE<br><br>[CLERK'S ACTION REQUIRED] |

### STIPULATION

The parties hereto, by and through their counsel of record herein, stipulate to a trial

continuance in this matter for the reason that Plaintiff, a Jones Act Seaman injured while

working on the deck of a Washington Coast Dungeness Crab vessel, has only recently

GIBBONS & ASSOCIATES, P.S.
1420 Fifth Ave., Suite 2200 Seattle, WA 98101
206/381-3340   Fax 206/381-3341

1    undergone surgery as part of the treatment for injuries he alleges he received on the defendant

2    vessel, the F/V ALMA JAYNE.

3        The parties expect that Plaintiff's condition will become stable within the next 45 days

4    under the treatment of Dr. Sacks, which will allow a proper evaluation of his damages claim.

5    Once Plaintiff's medical condition is stable, the parties will proceed to mediation promptly.

6    The parties jointly request that trial be postponed for approximately 120 days, or as soon

7    thereafter as this Court's schedule will allow, but not during the period between June 15, 2009

8    and July 15, 2009, during which time Plaintiff hopes to be able to participate in the Bristol Bay

9    Sockeye Salmon fishery.

10        DATED this 31st day of March, 2009.

11            HOLMES WEDDLE & BARCOTT

12

13            By: ___//s//_____
            Michael H. Williamson WSBA # 4158
            Attorneys for Defendants

14

15            GIBBONS & ASSOCIATES, P.S.

16            By___//s//_____
            Attorneys for Plaintiff

17

18               **ORDER**

19        The parties hereto have stipulated to postponement of the trial herein based upon the

20    joint representation that Plaintiff has recently undergone surgery related to his injuries he

21    alleges he suffered while employed as a deckhand on the F/V ALMA JAYNE. Based upon the

22    parties' representation and in light of the fact that mediation has not yet occurred in this case as

23    required by Local Rule 39.1, and the fact that the defense needs an opportunity to conduct an

24    independent medical exam of Plaintiff, it is hereby

25        ORDERED that the trial of this matter be postponed until the 5th day of

26    October, 2009 at 9:00 AM. Plaintiff shall supplement his discovery responses with regard to

STIPULATION AND ORDER FOR TRIAL CONTINUANCE

2

his medical condition and claim of damages and expert opinions no later than April 28, 2009. Defendants may supplement their expert opinions no later than May 28, 2009. The parties shall participate in mediation no later than June 17, 2009. Motions *in limine*, the proposed pre-trial order and proposed findings of fact and conclusions of law shall be filed no later than September 3, 2009. The pre-trial conference herein shall be held September 11, 2009 at 2:00 PM.

Dated this ___1st___ day of ___April___, 2009.

By _____

Judge, United States District Court

GIBBONS & ASSOCIATES, P.S.
1420 Fifth Ave., Suite 2200 Seattle, WA 98101
206/381-3340   Fax 206/381-3341