UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT FLETCHER,

        Plaintiff,

        v.

*F/V ALMA JANE*, O.N. 959096, HER ENGINES, MACHINERY, APPURTENANCES, ETC., *IN REM*;

and

AARON J. BROCKHOFF; KENNETH CHRISTENSEN AND BERNICE CHRISTENSEN, *IN PERSONAM,*

        Defendants.

**IN ADMIRALTY**

CASE NO. C07-5429 BHS

ORDER RE: SETTLEMENT CONFERENCE-October 19, 2009

This matter has been referred to the Honorable J. Richard Creatura for purposes of conducting a settlement conference on October 19, 2009, commencing at 9:30 a.m. in Courtroom D.

The parties are ORDERED to submit to this Court's chambers, but not file, a settlement memo no later than October 15, 2009 at 5:00 p.m. The settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo, but are encouraged to only include those attachments critical to the explanation provided in the

ORDER - 1

memo. The memos are to be exchanged between the parties and, at a minimum, include: (1) the last demand and offer exchanged between the parties; (2) the status of any outstanding discovery issues; (3) the status of any outstanding motions.

Parties are instructed to bring a person with authority to settle the case on the date of scheduled settlement conference.

Dated this 7th day of October, 2009.

J. Richard Creatura
United States Magistrate Judge