UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT FLETCHER,

        Plaintiff,

        v.

*F/V ALMA JANE*, O.N. 959096, HER
ENGINES, MACHINERY,
APPURTENANCES, ETC., *IN REM*;

and

AARON J. BROCKHOFF; KENNETH
CHRISTENSEN AND BERNICE
CHRISTENSEN, *IN PERSONAM,*

        Defendants.

**IN ADMIRALTY**

CASE NO.  C07-5429 BHS

MINUTE ORDER

This matter came before the Honorable J. Richard Creatura on October 19, 2009 for purposes of conducting a settlement conference.  All parties were represented and a settlement was reached.  The parties agreed that the defendant would prepare the release documents for signature and the Stipulated Order of Dismissal with Prejudice for filing.

Dated this 20th day of October, 2009.

J. Richard Creatura
United States Magistrate Judge